UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR BRADLEY, | Case No. CV 20-6479-ODW (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| XAVIER BECERRA, Attorney General, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: December 15, 2020

HONORABLE OTIS D. WRIGHT, II
United States District Judge